AO 91 (Rev. 11/11) Criminal Complaint



FILED

MAR 1 9 2021

PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY_____ DEP CLK

# UNITED STATES DISTRICT COURT
for the
Eastern District of North Carolina

| | |
|---|---|
| United States of America<br>v.<br>David Earl Page<br><br>*Defendant(s)* | Case No. 7:21-mj-1095-RN |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __March 11, 2021__ in the county of __Robeson__ in the __Eastern__ District of __North Carolina__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. 1201 | Kidnapping |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

On this day, __3/19/2021__ appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this Complaint.

_____
*Complainant's signature*

Anthony Little ATF-TFO
*Printed name and title*

Date: __03/19/2021__

_____
*Judge's signature*

City and state: __Raleigh, North Carolina__

Robert T. Numbers, II, U.S. Magistrate Judge
*Printed name and title*

CER

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## Probable Cause Affidavit

I, Anthony Little, hereinafter designated as affiant, having been duly sworn according to law, deposes and states that:

1. Affiant is a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF, United States Justice Department). Affiant has been assigned to this position since December 2019 and is currently assigned to the Fayetteville, North Carolina Field Office. Affiant's duties include, but are not limited to, enforcing federal firearms laws and other violent crimes. Affiant has also been employed by the Robeson County Sheriff's Office since January 1995 as a Deputy Sheriff and is currently assigned to the Major Crimes Division. During affiant's employment with the Robeson County Sheriff's Office, affiant has conducted and assisted in numerous felony investigations that were prosecuted in federal and state court. As a result of affiant's training and experience as an ATF Task Force Officer, affiant is familiar with federal criminal law and knows that it is a violation of 18 U.S.C. Section 1201 to knowingly and willfully kidnap and hold another person for ransom or otherwise and transport that person across state lines.

2. This affidavit is submitted for the limited purpose of establishing probable cause that David Earl PAGE (hereinafter "PAGE"), knowingly and willfully kidnapped and held a female victim, T.M., in Dillon County, South Carolina and transported her to Robeson County, North Carolina, in violation of Title 18, United States Code, Section 1201.

1

CER

3. I am familiar with the facts and circumstances of this investigation. The information contained in this affidavit is the product of the Robeson County Sheriff's Office investigation and the investigation by the Dillon County Sheriff's Office in South Carolina.

4. Information contained within this affidavit is based upon information from this affiant's investigation, personal observations, training and experience, and information provided to this affiant by other law enforcement officers.

5. On, March 11, 2021, Deputy Branston Collins of the Robeson County Sheriff's Office, Traffic Enforcement Division, was working in the area of Highway 301 South and Braswell Road, Rowland, North Carolina.

6. While sitting stationary, Deputy Collins observed a 2013 Toyota Corolla with its hazard lights on approaching. The driver of the vehicle pulled over at Deputy Collins location. The driver of the vehicle, T.M., rolled down the window and appeared to be in distress and covered in blood. Deputy Collins spoke to T.M., and she advised that she had been kidnapped, raped, and stabbed.

7. T.M. informed Deputy Collins she was kidnapped from work, a finance office, located at "South of the Border" in South Carolina. At around 11:00 AM, a male subject, later identified as David Earl PAGE, approached her, and put a knife to her throat as she was standing outside her workplace. PAGE told T.M. to get into her vehicle and, out of fear, she complied. PAGE forced T.M. into the passenger seat as he got in the driver seat and drove up Highway 301 into Rowland, North Carolina.

8. T.M. stated that PAGE stopped the car and then raped her and stabbed her repeatedly with a knife. She begged for her life and PAGE stopped. PAGE told her he might let her live, and she tried to be friendly hoping PAGE would spare her life.

2

CER

9. T.M. was forced to stay in the back seat of her car when PAGE started driving again. PAGE took possession of a gun that she had in the vehicle during the incident. After making a number of stops at convenient stores, they began traveling back down Highway 301 South toward "South of the Border" when PAGE saw the traffic checkpoint on Highway 301 South at Braswell Road, in North Carolina. They then traveled another series of unknown roads, and PAGE then decided to let the T.M. drive the car. PAGE exited the vehicle on one of the unknown roads, and T.M. locked the door when he exited the vehicle. She then traveled to Deputy Collins' location.

10. Detective Adam Chavis of the Robeson County Sheriff's Office was able to view the surveillance tapes at Stone's BP shortly after the incident and obtained footage of a black male subject driving the victim's Toyota Corolla at proximately 4:07pm.

11. Investigators also obtained footage from Union Mini Mart at 2562 Hwy 710 South, which showed the victim's car coming into the parking lot of the store. Video shows a black male subject wearing a black Atlanta Braves baseball cap and glasses. The suspect's photo from the video was placed on social media for identification purposes.

12. On March 17th, 2021, a tip was provided to Deputy Reginald Roberts advising the suspect was possibly David PAGE. Upon receiving the name, officers researched David PAGE within the North Carolina Department of Corrections website and located the offender information for **David Earl PAGE B/M DOB: 07/28/1968.**

13. T.M. advised the subject was a black male, had a mole on his face, and was wearing a black hat, black mask, and her glasses at one point. In addition, she stated that he purchased Newport cigarettes as the surveillance footage confirmed. T.M. also advised that the

3

CER

subject looked to be in his mid to late 40's in age. PAGE appeared to be the suspect from the surveillance footage and has a facial mole similar to the description given by T.M.

14. Detective Shannon Grainger of Dillon County Sheriff's Office was notified of PAGE and met with T.M. to administer a photographic lineup. T.M. identified PAGE as the suspect who kidnapped, raped, and assaulted her and advised she was 100 percent sure he was the suspect.

15. Based on the foregoing investigation, this affiant has probable cause to believe that the suspect, David Earl PAGE, did commit a kidnapping in violation of 18 U.S.C. Section 1201.

16. I respectfully request that a criminal complaint warrant be issued for PAGE's arrest.

_____
Anthony Little
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms and Explosives

On this 19th day of March, 2021, ATF Task Force Officer Anthony Little appeared before me via reliable electronic means, was placed under oath, and attested to the contents of this affidavit.

_____
Robert T. Numbers, II
United States Magistrate Judge

4

CER